IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 09-22 JJF |
| GARY WILLIAMS, | : | |
| Defendant. | : | |

### MEMORANDUM ORDER

Defendant's Motion for a Continuance (D.I. 41) will be granted based on the representation of Defendant's counsel that he intends to undertake an investigation regarding the materials and information recently disclosed to Defendant. Defendant's counsel further represents that he "may require as much as two-to-three weeks to adequately pursue and ascertain such information." (D.I. 41)

The Government understandably opposes the motion (D.I. 42); however, the Court is persuaded that a brief adjournment of the trial date, is warranted particularly in light of the fact that the Government will not be unduly prejudiced and a continuance is in the interests of justice.

Therefore, IT IS HEREBY ORDERED that:

1) Defendant's Motion For Continuance (D.I. 41) is **GRANTED**.

2) The Court will contact counsel to schedule a convenient date for trial.

3) The time between the date of this Order and the date of trial, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

December 3, 2009
DATE

UNITED STATES DISTRICT JUDGE